

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2016

No. 04-16-00396-CV

Gloria **MARTINEZ**,
Appellant

v.

Stella **SANDOVAL**, Individually, and Jose Ramos, Individually a/k/a Jose Rocha,
Appellees

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2014-CV-02209
Honorable H. Paul Canales, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

We order that appellees Stella Sandoval, Individually, and Jose Ramos, Individually a/k/a Jose Rocha, recover their costs of appeal, if any, from appellant Gloria Martinez.

It is so **ORDERED** on October 5, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2016.

_____
Keith E. Hottle, Clerk